UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

U.S.A

Plaintiff(s),

vs.

Tamar Watkins

Defendant(s).

Civil No. 15-20563

Judicial Officer: LAWSON

FILED
CLERK'S OFFICE
JUL -2 2019
U.S. DISTRICT COURT
EASTERN MICHIGAN

FILED USDC - DT
2019 JUL 2 PM 1:04

## Motion for Early Termination of supervised release

My name is Tamar Watkins and I pleading to the courts for an early termination of supervised release. I was given 24 months imprisonment and 36 months supervised release. While in prison I continued to focus on my education, completed several drug programs as well as recieving a food service certificate, OSHA certificate, and Advance resturant management

certificate. I have maintain a job since my release and have completly been drug free. I have been either in prison or on supervison since 1997 and now I plead for this court to allow me to finally put the past behind me with an early termination of supervised release. Thank you for your time.

Signature of Filer

TAMAR WATKINS
Printed Name

Date: 7-2-19

20267 AVON
Street Address

Detroit MI 48219
City, State, Zip Code

248-513-1202
Telephone Number